

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Beltway Park Baptist Church, Inc.,

Vs. No. 11-18-00049-CV

Guy Bolton d/b/a Bolton
Steel Erectors,

\* From the 42nd District Court
of Taylor County
Trial Court No. 49047-A.

\* February 21, 2020

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Beltway Park Baptist Church, Inc.